CR 12 (Rev. 5/03)

# WARRANT FOR ARREST

| United States District Court | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VAUGHN RICHMOND | DOC... NO. **10 CR**    MAGISTRATE'S CASE NO. **243** |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>VAUGHN RICHMOND |
| WARRANT ISSUED ON THE BASIS OF:    ☐ Order of Court<br>X Indictment    ☐ Information    ☐ Complaint | DISTRICT OF ARREST |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

conspiracy to commit bank and wire fraud

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>1349 |
|---|---|---|

| | BAIL | OTHER CONDITIONS OF RELEASE |
|---|---|---|
| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED<br>3-19-10 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>3/23/2010<br><br>DATE EXECUTED<br>3/23/2010 | NAME AND TITLE OF ARRESTING OFFICER<br><br>Andrew T. Drewer | SIGNATURE OF ARRESTING OFFICER<br><br>Andrew T. Drewer |
|---|---|---|

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.