CR 12 (Rev. 5/03)                               **WARRANT FOR ARREST**

| United States District Court | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | | |
|---|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>VAUGHN RICHMOND | DOCKET NO.<br>10 CR | MAGISTRATE'S CASE NO.<br>243 | |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>VAUGHN RICHMOND | | |
| WARRANT ISSUED ON THE BASIS OF:   ☐ Order of Court<br>X Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST | | |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY | | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

conspiracy to commit bank and wire fraud

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>1349 |
|---|---|---|
| | BAIL | OTHER CONDITIONS OF RELEASE |
| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>*[signature]* | DATE ORDERED<br>3-19-10 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>3/23/2010 | NAME AND TITLE OF ARRESTING OFFICER<br>Andrew T. Drewer | SIGNATURE OF ARRESTING OFFICER<br>*[signature]* |
|---|---|---|
| DATE EXECUTED<br>3/23/2010 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.