

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 22, 2010

**BY FACSIMILE**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007
(212) 805-6382

```
USDS SDNY
DOCUMENT
ELECTRONICALLY ...
DOC #: _____
DATE FILED: 3-25-10
```

      Re:     <u>United States v. Richmond and Powell</u>,
              10 Cr. 243 (VM)

Dear Judge Marrero:

      After conferring with defense counsel, the Government requests that an initial pretrial conference be held in the captioned case on Thursday, April 1, 2010 at 2 p.m.

                                     Respectfully submitted,

                                      PREET BHARARA
                                      United States Attorney
                                      Southern District of New York

                              By: _____
                                 Justin Anderson
                                 Assistant United States Attorney
                                 (212) 637-1035

```
Request GRANTED. The initial pretrial
conference herein is scheduled for 4-1-10
at 2:00 PM.

SO ORDERED.

3-24-10                     /s/ Victor Marrero
  DATE                      VICTOR MARRERO, U.S.D.J.
```

cc:  David Jacobs, Esq. (by facsimile)
      Robert McDonald, Esq. (by facsimile)