JACOBS AND COHEN
ATTORNEYS AT LAW
SUITE 810
26 COURT STREET
BROOKLYN, NEW YORK 11242
(718) 237-1200
(718) 855-2628
FAX: (718) 237-1393

DAVID S. JACOBS
JAY D. COHEN





USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-19-10

May 18, 2010

Honorable Victor Marrero
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, New York 10007

          RE:  U.S.V. Vaughan Richmond
                10 Cr. 243 (VM)

Dear Judge Marrero:

I write to respectfully request modification of Mr. Richmond's bail conditions to permit him to travel to Martha's Vineyard, MA to vacation in a rented house during the week of July 18, 2010 to July 25, 2010. He plans to vacation with his nine year daughter at 33 South Circuit Avenue, Oak Bluffs, MA.

I have discussed these plans with A.U.S.A. Justice Anderson, and he has no objection to the relief sought herein.

Thank you for your kind consideration.

Very truly yours,

David S. Jacobs

cc: Justin Anderson, A.U.S.A.

---

Request GRANTED. The bail conditions of defendant _Vaughn Richmond_ herein are modified to permit travel to _Martha's Vineyard, MA_ on _7-18-10_ thru _7-25-10_ for the purposes and on the terms and conditions set forth above.

SO ORDERED:

5-19-10
DATE        VICTOR MARRERO, U.S.D.J.