**JACOBS AND COHEN**
ATTORNEYS AT LAW
SUITE 810
26 COURT STREET
BROOKLYN, NEW YORK 11242
(718) 237-1200
(718) 855-2628
FAX: (718) 237-1393

DAVID S. JACOBS
JAY D. COHEN

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-29-10

October 28, 2010

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Via Facsimile: 212-805-6382

Re: United States v. Vaughan Richmond
10 Cr. 243(VM)

Dear Judge Marrero:

I write to respectfully request modification of my client's bail conditions to permit him to travel by plane to Las Vegas, Nevada for this weekend. He hopes to leave this evening, and to return Sunday, October 31, 2010, and to stay at the MGM Grand Hotel.

I have discussed these plans with Mr. Anderson of the United States Attorney's Office, and he has no objection.

Thank you for your kind consideration.

Very truly yours,

David S. Jacobs

cc: Justin Anderson, Esq.
   Fax 212-637-2527

---

Request GRANTED. The bail conditions of defendant _Vaughan Richmond_ herein are modified to permit travel to _Nevada_ on _10-29-10_ thru _10-31-10_ for the purposes and on the terms and conditions set forth above.

SO ORDERED:

10-29-10
DATE        VICTOR MARRERO, U.S.D.J.