# JACOBS AND COHEN
### ATTORNEYS AT LAW
SUITE 810
26 COURT STREET
BROOKLYN, NEW YORK 11242
(718) 237-1200
(718) 855-2628
FAX: (718) 237-1399

DAVID S. JACOBS
JAY D. COHEN

```
USDS  NY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/10
```

December 9, 2010

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Via Facsimile: 212-805-6382

Re: United States v. Vaughan Richmond
10 Cr. 243(VM)

Dear Judge Marrero:

I write to respectfully request modification of my client's bail conditions to permit him to travel by plane to Amman, Jordan on Friday, December 9th or Saturday, December 10th, depending upon seat availability, and return no more than four days later. The purpose of the visit is business, and Mr Anderson has been informed of the nature of the transaction. Mr. Jason Lerman of Pre Trial Services knows of these travel plans and has no objection to the trip. During his stay in Amman, Mr. Richmond will be staying at the Kempinski Hotel.

I have discussed these plans over the past two days with Mr. Anderson of the United States Attorney's Office, and he has no objection.

Thank you for your kind consideration.

Very truly yours,

David S. Jacobs

cc: Justin Anderson, Esq. Fax No. (212)805-6382

---

Request GRANTED. The bail conditions of defendant _Vaughn Richmond_ herein are modified to permit travel to _Amman, Jordan_ on _12-10-10_ thru _12-14-10_ for the purposes and on the terms and conditions set forth above.

SO ORDERED:

_12-10-10_
DATE          VICTOR MARRERO, U.S.D.J.