UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :       WAIVER OF INDICTMENT

       - v. -                :       S1 10 Cr. 243 (VM)

VAUGHAN RICHMOND,               :

         Defendant.           :
- - - - - - - - - - - - - - - - - x

      VAUGHAN RICHMOND, the defendant, who is accused of violating Title 18, United States Code, Sections 1344, 1349, and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
       March 22, 2011



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 22 2011