**JACOBS AND COHEN**
ATTORNEYS AT LAW
SUITE 810
26 COURT STREET
BROOKLYN, NEW YORK 11242
(718) 237-1200
(718) 855-2628
FAX: (718) 237-1393

DAVID S. JACOBS
JAY D. COHEN

April 13, 2011

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/11
```

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Via Facsimile: 212-805-6382 and Mail

Re: United States v. Vaughan Richmond
10 Cr. 243 (VM)

Dear Judge Marrero:

I write to respectfully request modification of my client's bail conditions to permit him to travel to Niagara Falls, Canada with his daughter during school vacation from April 21st to April 24th, 2011. Mr. Jason G. Lerman of Pre Trial Services knows of these travel plans and has no objection to the trip.

I have discussed these plans with Mr. Anderson of the United States Attorney's Office, and he has no objection, either.

Thank you for your kind consideration.

Very truly yours,

David S. Jacobs

cc: Justin Anderson, Esq. Fax No. (212)805-6382

Jason G. Lerman, Fax. No. (212) 805-4176

---

Request **GRANTED**. The bail conditions of defendant **Vaughan Richmond** herein are modified to permit travel to **Canada** on **4-21-11** thru **4-24-11** for the purposes and on the terms and conditions set forth above.

SO ORDERED:

4-15-11
DATE            VICTOR MARRERO, U.S.D.J.