

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 19, 2011

**BY HAND**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

       Re:      <u>United States v. Vaughan Richmond</u>,
                  10 Cr. 243 (VM)

Dear Judge Marrero:

      The defendant in the above-referenced matter entered a guilty plea on March 22, 2011, before Magistrate Judge James C. Francis, IV. The Government respectfully requests that Your Honor accept the defendant's plea. Enclosed please find for your consideration (1) a proposed Order accepting the defendant's plea, and (2) a transcript of the guilty plea allocution. A control date of June 24, 2011 has been set in this matter.

                                    Respectfully submitted,

                                    PREET BHARARA
                                  United States Attorney
                                  Southern District of New York

                     By:   _____
                          Justin Anderson
                          Assistant United States Attorney
                          (212) 637-1035

*[Handwritten stamp:]* Request GRANTED. The sentencing of defendant Vaughan Richmond herein is scheduled for 6-24-11 at 4:30 p.m. SO ORDERED. 4-19-11 VICTOR MARRERO, U.S.D.J.

Encls.

cc: David Jacobs, Esq. (by facsimile, (718) 483-9615)