

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

      -v.-                             :     ORDER OF RESTITUTION

VAUGHAN RICHMOND,                     :     S1 10 Cr. 243 (VM)

      Defendant.                      :

- - - - - - - - - - - - - - - - - x

      Upon the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, Justin Anderson, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Counts One through Four of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

      **1. Amount of Restitution.** VAUGHAN RICHMOND, the Defendant, shall pay restitution in the total amount of $1,879,030.26 to the victims of the offense charged in Counts One through Four of the Information. The name, address, and specific amount owed to each victim is set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

      **2. Joint and Several Liability.** The Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses

in this matter, specifically Frederic Powell under 10 Cr. 243 (VM) and Marilyn John under 10 Cr. 435 (AKH). Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the Defendant and co-defendants in this matter.

**3. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated:   New York, New York
         September 23, 2011

                                          _____
                                          HONORABLE VICTOR MARRERO
                                          UNITED STATES DISTRICT JUDGE